IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: PREMISES LOCATED AT 334 WEST SMITH STREET, LINCOLNVILLE, SOUTH CAROLINA | Case No.   2:21-cr-791 _____ <br><br> **Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, James Godsil, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Columbia Field Office, Charleston RA, (hereinafter the "Affiant") being duly sworn, deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      This affidavit is submitted in support of an application to search the following residence particularly described in Attachment A hereto, which is incorporated by this reference:

> **The residence located at 334 West Smith Street, Lincolnville,**
>
> **South Carolina, to include any outbuildings and vehicles on the**
>
> **curtilage.**

2.      I, James Godsil, am a Special Agent with the FBI, "a federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is, a government agent who is engaged in enforcing the criminal laws and who is in a category of officers authorized by the Attorney General to request a search warrant. I have been employed with the FBI since March 2010. Since March 2010, I have been assigned to work federal investigations of a violent criminal nature. I have received training and experience in interviewing

and interrogation techniques, arrest procedures, search and seizure, and narcotics. I am assigned to the FBI Charleston Low Country Violent Crimes Task Force investigating violent gangs operating inside and outside the borders of the United States. I have conducted investigations into the violation of laws involving controlled substance and state and federal firearms violations, illegal firearms trafficking, narcotics trafficking, armed drug traffickers, racketeering violations, criminal enterprises, and criminal street gangs. I have conducted surveillance, arrested suspects, executed search warrants, seized evidence, prepared investigative reports, handled and debriefed informants, worked with cooperating defendants, monitored intercepted calls, questioned suspects and secured relevant information using numerous other investigative techniques. I have assisted with the preparation of cases for trial and have testified before the federal grand jury. Additionally, I have consulted with other agents and prosecuting attorneys in matters dealing with federal controlled substance and firearms violations and I have had training and experience in identifying and interdicting illegal controlled substances.

3.      I have conducted investigations into the unlawful possession, importation, possession with intent to distribute, and distribution of controlled substances, and the conspiracies associated with these networks. Through the experience I have gained during my criminal investigations and additional training I have received, I have become familiar with the distribution methods used by controlled substance traffickers, including, but not limited to, the methods of importing, packaging, transferring and distributing controlled substances, the use of cellular telephones, pagers, the use of numerical codes, code words and other methods of avoiding detection by law enforcement, as well as the types and amounts of profits made by controlled substance traffickers and the methods, language and terms that are used to disguise the source and nature of the profits from their illegal controlled substance dealing.

## PREMISES TO BE SEARCHED AND ITEMS TO BE SEIZED

4.      This affidavit is being submitted in support of an application for a search warrant for a residence located at 334 West Smith Street, Lincolnville, South Carolina (TARGET LOCATION) (described further in Attachment A).

5.      Also to be searched are all sheds, outbuildings, appurtenances, and vehicles associated with the TARGET.

6.      Accordingly, based on my training and experience and the totality of the evidence detailed below, probable cause exists to believe that at the TARGET LOCATION contains evidence of unlawful possession of firearms in violation of 18 USC Section 922(g).  Further, probable cause exists to believe that on the premises and property sought to be searched there is now concealed evidence of the commission of, the fruits of, or property which has been used as the means of committing those crimes, all of which is more particularly described in Attachment B hereto.

## PROBABLE CAUSE

7.      Since the Fall of 2014, the FBI, SLED, NCPD, CPD and CCSO have been investigating members of a drug trafficking organization (DTO) identified by the name West Cash. The West Cash DTO operates from the West Ashley area of Charleston, South Carolina. Law enforcement techniques such as controlled drug purchases, pen register trap and trace data, physical surveillance, and telephone toll data, as well as reports from other law enforcement agencies, have been used to corroborate documented source information on this group. This information reflects that members of the West Cash DTO are working in concert to distribute drugs.

8.      On August 11, 2021, the Grand Jury returned a sealed indictment charging Darrell Kasey Williams with violating Title 18, United States Code, Sections 922(g)(1), and Title 21, United States Code, Sections 841(a)(1), 843(b), and 846. Thereafter, United States Magistrate Judge Mary

Gordon Baker signed an arrest warrant ordering the arrest of Darrell Kasey Williams. On September 1, 2021, agents attempted to serve the aforementioned arrest warrant on Darrell Kasey Williams at the subject residence, 334 West Smith Street, Lincolnville, South Carolina.

9.      FBI and Charleston County Sheriff's Office attempted to execute an arrest warrant at 334 West Smith Street, Lincolnville, South Carolina. During a protective sweep of the residence, Law Enforcement Officers observed in plain view, in the kitchen, two partially smoke marijuana blunts, and detected the odor of marijuana. Furthermore, several rounds of rifle ammunition were observed on a pelican style case in a bedroom. The subject being sought at the residence, Darrell Kasey Williams, is prohibited from possessing firearms and ammunition based on convictions of crimes punishable of more than one year in prison. The vehicle associated to Williams, who has been observed as the user of the vehicle, was present at the location, however Williams was not. One subject, Antonia Demonds Risher, who was present at the location is prohibited from possessing firearms and ammunition based on at least one conviction of a crime punishable of more than one year. Officers also observed an Audi sedan parked in the driveway. Officers utilized a narcotics detecting K9 to conduct a free-air sniff of the vehicles locating on the property. The K9 positively alerted as to both vehicles.

## CONCLUSION

10.      Based on the above facts and circumstances, your Affiant believes there is probable cause to believe that evidence of violations of federal firearms offenses will be found at the TARGET LOCATION.

11.      Therefore, your Affiant requests that a search warrant be issued for the property described herein, and more particularly described in Attachment A to search for the items enumerated in

Attachment B. This Affiant knows these items to be tangible evidence of violations of Title 18, U.S.C. § 922(g)(1).

This affidavit has been reviewed by Assistant United States Attorney Whit Sowards.

I swear, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

James Godsil
Special Agent
Federal Bureau of Investigation

SWORN TO ME VIA TELEPHONE OR
OTHER RELIABLE ELECTRONIC MEANS
AND SIGNED BY ME PURSUANT TO
FED. R. CRIM. P. 4.1 AND 4(d) OR 41(d)(3),
AS APPLICABLE

This __1st__ day of __September__, 2021
Charleston, South Carolina

The Honorable Molly H. Cherry
UNITED STATES MAGISTRATE JUDGE