AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 2:21-cr-791 | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

- Various types of ammunition
- Mail and documents
- Glock Magazine
- Sig Sauer SN-58A035436
- Black Tar Heroin
- white powder
- 2 safes
- white pills
- vehicle sale information
- Ledger
- Rifle scope

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/16/21

_Executing officer's signature_

James Godsic

_Printed name and title_